An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

GOLD RIDGE PARTNERS, A
CALIFORNIA GENERAL
PARTNERSHIP, AS TO AN UNDIVIDED
1/4 INTEREST; SKY VIEW PARTNERS,
A CALIFORNIA GENERAL
PARTNERSHIP, AS TO AN UNDIVIDED
1/4 INTEREST; GRAND VIEW
PARTNERS, A CALIFORNIA GENERAL
PARTNERSHIP, AS TO AN UNDIVIDED
1/4 INTEREST; ROLLING HILLS
PARTNERS, A CALIFORNIA GENERAL
PARTNERSHIP, AS TO AN UNDIVIDED
1/4 INTEREST; AND FIRST FINANCIAL
PLANNING CORPORATION, A
NEVADA CORPORATION,
Appellants/Cross-Respondents,
vs.
SIERRA PACIFIC POWER COMPANY, A
NEVADA CORPORATION,
Respondent/Cross-Appellant.

No. 57084

**FILED**

MAY 0 9 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _R. Malone_
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is an appeal and cross-appeal from a district court judgment in an eminent domain action. First Judicial District Court, Storey County; James Todd Russell, Judge.

On December 28, 2011, this court stayed briefing in this appeal in light of a pending motion to remand the appeal to the district court to adjudicate respondent/cross-appellant's notice of abandonment and motion to vacate the judgment. On September 27, 2012, this court resolved the remand motion by published opinion, continued the stay, and directed respondent/cross-appellant to file a status report updating this court as to the status of its notice of abandonment and motion to vacate the judgment in the district court. At this court's direction, respondent/cross-appellant filed the status report, in which it indicated

13-13745

that the proceedings below had been stayed by a temporary restraining order and a preliminary injunction entered by the United States District Court for the Southern District of California in a case pending against appellants/cross-respondents.

On March 14, 2013, this court directed the parties to address whether, in light of the indefinite nature of the aforementioned stay, judicial efficiency would best be served by dismissal of this appeal and cross-appeal without prejudice to the parties' rights to reinstate their respective appeals once the stay is lifted and the issue pending in the district court is resolved. The parties have filed their responses, in which they agree that dismissal of the appeal and cross-appeal is appropriate. Accordingly, we dismiss this appeal without prejudice. Any party may file a motion to reinstate its appeal within 90 days of entry of any order by the district court resolving respondent/cross-appellant's notice of abandonment and motion to vacate the judgment.

It is so ORDERED.[1]

_____, J.
Gibbons

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

_____, J.
Saitta

---

[1]The Honorable Kristina Pickering, Chief Justice, voluntarily recused herself from participation in the decision of this matter.

cc: Hon. James Todd Russell, District Judge
Madelyn Shipman, Settlement Judge
Cotton, Driggs, Walch, Holley, Woloson & Thompson/Las Vegas
Chapman Law Firm, P.C/Las Vegas
Chapman Law Firm, P.C./Reno
Storey County Clerk